# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
## Civil Division

| | |
|---|---|
| **RAYMOND GRESHAM, Jr.** | * |
| | * |
|     **Plaintiff,** | * |
| | * |
| v. | *   **Case No.: 06-1859 JR** |
| | * |
| **GALE A. NORTON, SECRETARY** | * |
| **U.S. DEPARTMENT OF THE INTERIOR** | * |
| | * |
|     **Defendant.** | * |

## PROOF OF SERVICE

    The undersigned attorney for the Plaintiff hereby certifies that a copy of the Summons and Amended Complaint was mailed via certified mail return receipt requested to Alberto Gonzalez, U. S. Attorney General, Department of Justice, serve**, Alberto Gonzalez, U. S. Attorney General, Department of Justice, 950 Pennsylvania Ave., N. W., Washington, D. C. 20530,** and were in fact received by the Mr. Alberto Gonzalez on November 24, 2006, as evidenced by Exhibit "A", which a copy is attached hereto.

    I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing document are true and correct.

    Respectfully submitted,

By: _____
    Donna Williams Rucker, Esquire
    DuBoff & Associates, Chartered
    8401 Colesville Road, Suite 501
    Silver Spring, Maryland 20910
    (301) 495-3131    Office
    (301) 587-1872    Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| RAYMOND GRESHAM, Jr. | * |
| Plaintiff, | * |
| v. | * Case No.: 06-1859 JR |
| GALE A. NORTON, SECRETARY<br>U.S. DEPARTMENT OF THE INTERIOR | * |
| Defendant. | * |

Exhibit "A"

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Alberto Gonzalez, U.S. Attorney General Department of Justice 950 Pennsylvania, Ave, N.W. Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

Gresham v. Dept of Interior

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Ernest Parle

C. Date of Delivery: NOV 2 4 2006

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail ☐ Express Mail
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0001 8440 1558

PS Form 3811, February 2004    Domestic Return Receipt    102595-