IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **RAYMOND GRESHAM, Jr.** | * |
| | * |
|     **Plaintiff,** | * |
| | * |
| v. | * Case No.: 06-1859 JR |
| | * |
| **GALE A. NORTON, SECRETARY** | * |
| **U.S. DEPARTMENT OF THE INTERIOR** | * |
| | * |
|     **Defendant.** | * |

## PROOF OF SERVICE

The undersigned attorney for the Plaintiff hereby certifies that a copy of the Summons and Amended Complaint was mailed via certified mail return receipt requested to Jeffrey Taylor, U. S. Attorney, serve: **Jeffrey Taylor, U. S. Attorney, 555 4th Street, N. W., Washington, D. C. 20001** were in fact received by the Defendant on November 24, 2006, as evidenced by Exhibit "A", which a copy is attached hereto.

I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing document are true and correct.

                                                        Respectfully submitted,

By: _____
Donna Williams Rucker, Esquire
DUBOFF & ASSOCIATES, CHARTERED
8401 Colesville Road, Suite 501
Silver Spring, Maryland 20910
(301) 495-3131     Office
(301) 587-1872     Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| RAYMOND GRESHAM, Jr. | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Case No.: 06-1859 JR |
| | * |
| GALE A. NORTON, SECRETARY | * |
| U.S. DEPARTMENT OF THE INTERIOR | * |
| | * |
| Defendant. | * |

Exhibit "A"

---

*Gresham v. Dept of Interior*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Jeffrey Taylor, U.S. Attorney 555 4th Street, N.W. Washington, D.C. 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): NOV 2 4 2006
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0001 8440 1534

PS Form 3811, February 2004   Domestic Return Receipt   102595-