IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **RAYMOND GRESHAM, Jr.** | * |
| | * |
|    **Plaintiff,** | * |
| | * |
| v. | * Case No.: 06-1859 JR |
| | * |
| **GALE A. NORTON, SECRETARY** | * |
| **U.S. DEPARTMENT OF THE INTERIOR** | * |
| | * |
|    **Defendant.** | * |

## PROOF OF SERVICE

The undersigned attorney for the Plaintiff hereby certifies that a copy of the Summons and Amended Complaint was mailed via certified mail return receipt requested to the Defendant, Gale A. Norton, Secretary, U.S. Department of Interior, serve: **Gale A. Norton, Secretary, U. S. Department of the Interior, 1849 C Street, N. W., Washington, D. C. 20240,** and were in fact received by the Defendant on November 27, 2006, as evidenced by Exhibit "A", which is attached hereto.

I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing document are true and correct.

                                              Respectfully submitted,

By: _____
     Donna Williams Rucker, Esquire
     DuBoff & Associates, Chartered
     8401 Colesville Road, Suite 501
     Silver Spring, Maryland 20910
     (301) 495-3131    Office
     (301) 587-1872    Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| RAYMOND GRESHAM, Jr. | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Case No.: 06-1859 JR |
| | * |
| GALE A. NORTON, SECRETARY | * |
| U.S. DEPARTMENT OF THE INTERIOR | * |
| | * |
| Defendant. | * |

Exhibit "A"

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Gale A. Norton, Secretary
    US Department of the Interior
    1849 C Street NW
    Washington DC
    20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  [signature]  ☒ Agent  ☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery
   PBMurray                      11/27/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7006 0100 0000 1618 7322

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540