UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND GRESHAM, JR.<br>7060 Eastern Avenue, NW #216<br>Washington, D.C. 20012<br><br>      Plaintiff,<br><br>v.<br><br><br>GALE A. NORTON, Secretary<br>U.S. Department of the Interior,<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-1859 (JR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PRAECIPE

The Clerk will please enter the appearance of Assistant United States Attorney Karen L. Melnik as counsel for the defendant in this action.

                      Respectfully submitted,

                      JEFFREY A. TAYLOR
                      United States Attorney
                      D.C. Bar #498610


                      _____/s/_____
                      KAREN L. MELNIK D.C. BAR #436452
                      Assistant United States Attorney
                      U.S. Attorney's Office for the    District of Columbia
                      Civil Division
                      555 Fourth Street, N.W.
                      Washington, D.C. 20530
                      (202) 307-0338 (O)
                      (202) 514-8780 (Fax)