UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAYMOND GRESHAM, JR.           )
                               )
       Plaintiff,              )
                               )
v.                             )
                               ) Civil Action No. 06-1859 (JR)
                               )
GALE A. NORTON, Secretary      )
U.S. Department of the Interior,)
                               )
       Defendant.              )

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Defendant in the above-captioned case hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to file an answer to Plaintiff's Complaint. In support of this request, the defendants state as follows:

1. The defendant's answer is due to be filed on January 23, 2007.

2. Plaintiff's Complaint concerns allegations of race discrimination and reprisal.

3. The undersigned has learned that the assigned agency counsel who represented the defendant during the administrative proceedings is on maternity leave. She is expected to return to work on February 6, 2007. The case has not been reassigned because agency counsel is expected to return, and the administrative files are voluminous.

4. In light of the foregoing, the defendant is requesting an additional thirty (30) days in which to file an answer.

5. Pursuant to LCvR 7(m), the undersigned spoke to Plaintiff's attorney, Donna

Williams Rucker, Esq., who stated that she did not oppose this motion.

Wherefore the defendant requests until February 22, 2007, to file an answer. A proposed Order accompanies this motion.

        Respectfully submitted,

        _____/s/_____
        JEFFREY A. TAYLOR,  DC Bar #498610
        United States Attorney

        _____/s/_____
        RUDOLPH CONTRERAS, DC Bar #434122
        Assistant United States Attorney

        _____/s/_____
        KAREN L. MELNIK DC BAR # 436452
        Assistant United States Attorney
        555 4TH Street, N.W. Rm. E-4112
        Washington, D.C. 20530
        (202) 307-0338

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAYMOND GRESHAM, JR.            )
                                )
    Plaintiff,                  )
                                )
v.                              )
                                ) Civil Action No. 06-1859 (JR)
                                )
GALE A. NORTON, Secretary       )
U.S. Department of Interior,    )
                                )
    Defendant.                  )

**ORDER**

UPON CONSIDERATION of the Defendant's Consent Motion For Enlargement of Time to File an Answer, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted and Defendant will have until February 22, 2007, to file an answer.

_____
UNITED STATES DISTRICT COURT JUDGE

copies to:

Donna Williams Rucker, Esq.
DUBOFF & ASSOCIATES, CHARTERED
8401 Colesville Road, Suite 501
Silver Spring, Maryland 20910

AUSA Karen L. Melnik
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. Rm. E-4112
Washington, D.C. 20530