**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

| | | |
|---|---|---|
| **RAYMOND GRESHAM, Jr.,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **Case No.: 06-1859 JR** |
| | * | |
| **GALE A. NORTON, SECRETARY** | * | |
| **U.S. DEPARTMENT OF THE INTERIOR** | * | |
| | * | |
| **Defendant.** | * | |

## STIPULATION OF DISMISSAL

**WILL THE CLERK OF THE COURT PLEASE TAKE NOTICE** that plaintiff seeks

dismissal of his complaint with prejudice with the approval of all parties, and each party will

bear its own costs.

Respectfully submitted,

By: _____/s/_____
Donna Williams Rucker, Esquire
DuBoff & Associates, Chartered
8401 Colesville Road, Suite 501
Silver Spring, Maryland 20910
(301) 495-3131
Attorney for Plaintiff